■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NICHOLAS ROBLES, Appellant, v Warden, ORLEANS STATE Prison, et al., Respondents. [987 NYS2d 589]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ In the Matter of SIERRA CLUB et al., Respondents, v VILLAGE OF PAINTED POST et al., Appellants, and WELLSBORO AND CORNING RAILROAD, LLC, Respondent. [987 NYS2d 590]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ In the Matter of EIGHTH JUDICIAL DISTRICT ASBESTOS LITIGATION. JOANN H. SUTTNER, Executrix of GERALD W. SUTTNER, Deceased, Respondent, v A.W. CHESTERTON COMPANY et al., Defendants, and CRANE CO., Appellant. [987 NYS2d 590]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ In the Matter of ARRELLO BARNES, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [987 NYS2d 589]—Motion for reconsideration denied. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RONALD ACKRIDGE, Appellant, v MICHAEL SHEAHAN, Superintendent, Five Points Correctional Facility, et al., Respondents. [987 NYS2d 590]—Motion for reargument denied. Present—Scudder, P.J., Smith, Carni, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JIMMY DEAN RUSSELL, Appellant. [987 NYS2d 589]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Lindley, Sconiers and Valentino, JJ.

■ KRISTOPHER SPAIN, Appellant, v VICTOR HOLL et al., Respondents. [987 NYS2d 590]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.